# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

**KEITH LONDON,**

        **Plaintiff,**

        **v.**                                      **Case No. 15-CV-430**

**EDWARD WALLS, et al.**

        **Defendants.**

---

## ORDER

---

In an Order entered March 26, 2016, I directed plaintiff to file an amended complaint using the court's form by Friday, May 13, 2016. I advised plaintiff that his failure to submit an amended complaint by that date would result in dismissal of this case for failure to prosecute. To date, plaintiff has not filed an amended complaint or communicated with the court in any way.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** for failure prosecute pursuant to Civil Local Rule 41(c) (E.D. Wis.) (attached).

**IT IS FURTHER ORDERED** that the Clerk of Court shall enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 30th day of May, 2016.

                                       s/ Lynn Adelman

                                    _____

                                    LYNN ADELMAN
                                    District Judge

**Civil L.R. 41(c) Dismissal for Lack of Diligence.** Whenever it appears to the Court that the plaintiff is not diligently prosecuting the action and Civil L. R. 41(a) or (b) does not apply, the Court may enter an order of dismissal with or without prejudice. Any affected party may petition for reinstatement of the action within 21 days.